IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID LUCAS, #180728, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 22-0009-CG-N |
| | ) |
| OFFICER HOLLIS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).   It is further **ORDERED** that Plaintiff's *in forma pauperis* status be **REVOKED** and his payment of $20.83 be returned to him.

**DONE and ORDERED** this 5th day of July, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE