**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **DAVID LUCAS, #180728,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 22-0009-CG-N |
| | ) |
| **OFFICER HOLLIS, et al.,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g). It is further **ORDERED** that Plaintiff's *in forma pauperis* status be **REVOKED** and his payment of $20.83 be returned to him.

**DONE and ORDERED** this 5th day of July, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE